IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDRE WASHINGTON, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 15cv243 -WHA |
| | ) | |
| A.J. RENFROE, et al, | ) | (wo) |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 14, 2017, this court entered an Order giving Andre Washington until January 16, 2018 to secure a new attorney and to have that attorney file an Appearance of Counsel with the court.

No new Appearance of Counsel has been filed as of the date of this Order.

Accordingly, it is hereby

ORDERED that this case is DISMISSED without prejudice for want of prosecution.

DONE this 22nd day of January, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE